50 N.J. 409 (1967)
HOWARD ELLIS, ADMR., ETC., PLAINTIFF-RESPONDENT, CROSS-PETITIONER,
v.
ROSE CAPRICE, ET AL., DEFENDANTS-PETITIONERS, CROSS-RESPONDENTS.
PATRICIA ELLIS, INFANT, ETC., PLAINTIFF-RESPONDENT, CROSS-PETITIONER,
v.
ROSE CAPRICE, ET AL., DEFENDANTS-PETITIONERS, CROSS-RESPONDENTS.
The Supreme Court of New Jersey.
November 14, 1967.
Messrs. Harkavy & Lieb, for the defendants-petitioners, cross-respondents.
Messrs. Baker, Garber, Chazen & Duffy, and Mr. Irving J. Rosenberg for the plaintiffs-respondents, cross-petitioners.
Denied.